UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIS JAIME,

                        Plaintiff,

           -against-

JANE DOE,

                        Defendant.

24-CV-3824 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff, who is currently incarcerated at Upstate Correctional Facility, filed a prisoner authorization along with the complaint, but he did not file an application to proceed *in forma pauperis* ("IFP"). By order dated May 25, 2024, the Court directed Plaintiff, within 30 days, to submit a completed request to proceed IFP or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. On June 11, 2024, the Court received from Plaintiff another prisoner authorization. By order dated June 27, 2024, the Court granted Plaintiff an additional 30 days to file an IFP application or pay the fees. Plaintiff has not filed an IFP application or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment.

SO ORDERED.

Dated:   September 16, 2024
        New York, New York

                                        /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                   Chief United States District Judge