UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS JAIME,<br><br>                              Plaintiff,<br><br>      -against-<br><br>JANE DOE,<br><br>                             Defendant. | 24 **CIVIL** 3824 (LTS)<br><br>**CIVIL JUDGMENT** |

For the reasons stated in the Click or tap here to enter text., order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 19, 2024
             New York, New York

                                                          /s/ Laura Taylor Swain
                                                           LAURA TAYLOR SWAIN
                                                     Chief United States District Judge